UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States Postal Service,

Plaintiff,

Civil 01-813 (RHK/JMM)

vs.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

GE Investment Corp. and Northco Management, Inc.,

Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 5, 2001

RICHARD H. KYLE
United States District Judge

FILED JUN 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Disqualification, this case is reassigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan.

US Postal Service vs. GE Investment Corp., et al

NEW CASE NUMBER 01-813 DWF/AJB

Use this case number for all further filings.